Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile:  954-524-2822

*Attorneys for Plaintiff*
*Betty Moore through her*
*attorney in fact Alisha Gore*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| BETTY MOORE through her attorney in fact ALISHA GORE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>LEGION AUTO PROTECTION SERVICES, WALCO FUNDING, LLC AND CARGUARD ADMINISTRATION, INC.,<br><br>     Defendants. | Case No. 5:21-cv-01192-JGB-SHK<br><br>**PLAINTIFF'S NOTICE AND MOTION FOR ORDER PERMITTING SERVICE OF DEFENDANT, LEGION AUTO PROTECTION SERVICES, BY PUBLICATION**<br><br>Date: December 13, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 1<br>Judge: Jesus G. Bernal<br><br>Complaint filed: July 16, 2021<br>Service Deadline: November 15, 2021 |

-1-

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **December 13, 2021**, at **9:00 a.m**., before the Honorable Jesus Bernal, in Courtroom 1, of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501, Plaintiff Betty Moore through her attorney in fact Alisha Gore ("Moore" or "Plaintiff") will and hereby does move this Court for an for an order permitting service of defendant by publication, namely: Defendant Legion Auto Protection Services ("Legion" or "Defendant").

This Motion is based on this Notice of Motion and the concurrently-filed memorandum of Points and Authorities, the papers and records filed herein, oral argument and all other materials as may be submitted to the Court on or before the time of its decision on this matter.

Dated:  November 15, 2021          Respectfully Submitted,

_/s/ Seth M. Lehrman_
Seth M. Lehrman
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Fl 33301
Telephone: 954-524-2820
Facsimile:  954-524-2822
seth@epllc.com

*Attorneys for Plaintiff*
*Betty Moore through her*
*attorney in fact Alisha Gore*

## **MEMORANDUM OF POINTS ANDS AUTHORITIES**

Plaintiff, Betty Moore through her attorney in fact Alisha Gore ("Plaintiff") by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(e), files this Motion for Permitting Service of Defendant Legion Auto Protection Services, by Publication.

1. On July 16, 2021, Plaintiff filed a complaint commencing this action against the Defendants, Legion Auto Protection Services, Walco Funding, LLC and CarGuard Administration, Inc. (collectedly "Defendants") as a result of for their violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (TCPA), and the regulations promulgated thereunder (Dkt. No. 1).

2. Defendant CarGuard has been served and filed its answer to the Complaint on September 1, 2021 (Dkt. No. 12).

3. Defendant Walco has been served and filed its answer to the Complaint on October 15, 2021 (Dkt. No. 17).

4. Plaintiff has attempted to serve Defendant Legion Auto Protection Service ("Legion"), at its local address and determined it is a Postal Office.

5. Plaintiff has attempted to serve Defendant Legion, via process server, at an alternate local address found on the Better Business Bureau® website.

6. Plaintiff's process server has been unable to secure service on Legion. The business address has been vacant on the occasions that the process server attempted service there.  *See* Declaration of Diligence of Sergio Garcia as Exhibit A and the Declaration of Diligence of Marcos Garcia as Exhibit B on Plaintiff's Motion for Extension to Serve Summons and Complaint on Defendant Legion Auto Protection Services. (Dkt. No. 15).

7. Plaintiff filed a Motion for Extension of Time to Serve Legion. (Dkt. No. 16).

-3-

8.  On November 5, 2021, an Order granting Plaintiff's Motion was entered (Dkt. No. 20), extending the time limit to effect service on Legion up to November 15, 2021.

9.  Plaintiff has been unable to serve Legion.

10. Plaintiff's counsel has attempted to contact Jeff Hall, Legion's Seller Representative. *See* Seth M. Lehrman's Declaration, attached hereto as "Exhibit A", ⁋ 5.

11. Plaintiff's counsel called Legion's contact telephone number and asked for their physical address. Plaintiff's counsel was provided the address "363 South Park Avenue, Pomona, California 91766".  This is an address at which process servers had attempted to serve Legion (*See* Dkt No. 15, Exhibits A and B).  *See* Lehrman's Decl. ⁋ 6.

12. Legion's website (https://www.legionautoprotection.com) is no longer operable. *See* Lehrman's Decl. ⁋ 7

13. Federal Rule of Civil Procedure 4(e) authorizes service following state law for service of summons. California Code of Civil Procedure Section 415.50 provides:

> [I]f upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that either: (1) A cause of action exists against the party upon whom service is to be made or he or she is a necessary or proper party to the action. (2) The party to be served has or claims an interest in real or personal property in this state that is subject to the jurisdiction of the court or the relief demanded in the action consists wholly or in part in excluding the party from any interest in the property. Cal. Code Civ. P. 415.50(a).

> Here, Legion operated from California, placed telephone calls to Plaintiff from California that are the subject of this action. (Complaint, Dkt. No. ¶¶ 1, 7, 8, 27, 38 – 40). As the party that placed the telephone

-4-

calls that are the subject of this action, Legion is a proper parties to this action.

14. Plaintiff has established that she cannot effect service of process upon Legion, likely as a result of Legion seeking to evade service, and therefore an order permitting service by publication is appropriate.

15. Legion appears to operate from Pomona/Chino Hills, California. Pursuant to California law, the Court is authorized to order publication of the summons in a newspaper in the State of California most likely to give actual notice to the defendants. Cal. Code Civ. P. 415.50(b). The summons, complaint and order for publication are also to be mailed to Legion's address if known. (*Id.*)

16. It is in the interest of justice and judicial economy for all affected parties to be joined in the litigation so that an appropriate discovery and case management plan may be entered based on the respective parties input and positions.

17. Despite her diligent efforts, Plaintiff has been unable to effect service on Legion suspecting that it is seeking to evade service. As authorized by federal and California law, Plaintiff respectfully requests that the Court order that service may be effected by publication in a newspaper of general circulation in Los Angeles and San Bernardino Counties – the countries where Legion seems to operate and are most likely to receive notice.

WHEREFORE, Plaintiff, Betty Moore through her attorney in fact Alisha Gore, prays for this Court to enter an Order permitting service of Defendant Legion Auto Protection Services by publication and grant such other and further relief as is considered just.

**EDWARDS POTTINGER LLC**

DATED: November 15, 2021     By: _/s/ Seth M. Lehrman_
Seth M. Lehrman
Attorneys for Plaintiff Betty Moore
through her attorney in fact Alisha Gore

-5-

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on November 15, 2021, I filed a copy of the foregoing

3

with the Clerk of Court using the Court's CM/ECF system, which will send

4

electronic notice of the same to all counsel of record.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
Betty Moore through her
attorney in fact Alisha Gore.

-6-