# EXHIBIT A

Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff
Betty Moore through her
attorney in fact Alisha Gore*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BETTY MOORE through her attorney in fact ALISHA GORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEGION AUTO PROTECTION SERVICES, WALCO FUNDING, LLC AND CARGUARD ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01192-JGB-SHK<br><br>**DECLARATION OF SETH LEHRMAN SUPPORTING PLAINTIFF'S NOTICE AND MOTION FOR ORDER PERMITTING SERVICE OF DEFENDANT, LEGION AUTO PROTECTION SERVICES, BY PUBLICATION**<br><br>Date: December 13, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 1<br>Judge: Jesus G. Bernal<br><br>Complaint filed: July 16, 2021<br>Service Deadline: November 15, 2021 |

I, Seth M. Lehrman, under penalty of perjury, state as follows:

1. I, Seth Lehrman, am an attorney with the law firm Edwards Pottinger LLC and have been one of the attorneys of record for Plaintiff Betty Moore through her attorney in fact Alisha Gore, since the filing of this action, as such I have personal knowledge of the matters set forth in this declaration.

-1-

2. Plaintiff filed a complaint commencing this action against the Defendants, Legion Auto Protection Services, Walco Funding, LLC and CarGuard Administration, Inc. (collectedly "Defendants") as a result of for their violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (TCPA), and the regulations promulgated thereunder o On July 16, 2021. (Dkt. No. 1).

3. Defendants Walco and CarGuard have been served and have answered the Complaint (Dkt. Nos. 17 and 12, respectively).

4. Plaintiff has attempted to serve Defendant Legion Auto Protection Service ("Legion"), and has been unable to serve Legion.

5. Plaintiff's counsel has attempted to contact Jeff Hall, Legion's Seller Representative.

6. Plaintiff's counsel called Legion's contact telephone number and asked for their physical address. Plaintiff's counsel was provided the address "363 South Park Avenue, Pomona, California 91766". This is an address at which process servers had attempted to serve Legion (*See* Dkt No. 15, Exhibits A and B).

7. Legion's website (https://www.legionautoprotection.com) is no longer operable.

8. Plaintiff's counsel has established that it cannot effect service of process upon Legion, likely as a result of Legion seeking to evade service, and therefore an order permitting service by publication is appropriate.

I declare under penalty of perjury that the facts stated herein are true and correct.

Executed this 15th day of November, 2021, in Fort Lauderdale, Florida.

*/s/ Seth M. Lehrman*
Seth M. Lehrman