UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BETTY MOORE through her attorney in fact ALISHA GORE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>LEGION AUTO PROTECTION SERVICES, WALCO FUNDING, LLC AND CARGUARD ADMINISTRATION, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 5:21-cv-01192-JGB-SHK<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE AND MOTION FOR ORDER PERMITTING SERVICE OF DEFENDANT, LEGION AUTO PROTECTION SERVICES, BY PUBLICATION**<br><br>**Judge: Jesus G .Bernal** |

The Court, having considered Plaintiff's Motion for Order Permitting Service of Defendant, Legion Auto Protection Services, by Publication ("The Motion"), the papers submitted, and the pleadings in this action, the Court hereby GRANTS the Motion.

Under Federal Rule of Civil Procedure 4(e), leave to permit service of summons as to defendant Legion by publication is authorized following state law, "[i]f upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified." Cal. Code Civ. P. § 415.50(a).

Plaintiff sought to diligently pursue service of summons and complaint as to Defendant Legion Auto Protection Services. Plaintiff has demonstrated to the satisfaction of the Court that the parties to be served cannot be served in another manner.

1. Therefore, **IT IS HEREBY ORDERED** as follows:

2. Plaintiff shall serve Defendant, Legion Auto Protection Services, by publication of the summons in this action in the Los Angeles Times, which is a newspaper of general circulation in Los Angeles and San Bernadino Counties, California, within fifteen (15) days of the date this Order is filed in accordance with the requirements of California Government Code Section 6064; and

3. Plaintiff shall forthwith serve a copy of this Order, the summons, the complaint, and all other documents required to be served on Defendant, by mail, at the following addresses:

    a. 14071 Peyton Drive, Unit 905, Chino Hills, California 91709.

    b. 363 S Park Ave Ste 200B, Pomona, California 91766

**It is so ORDERED**.

Dated: _____          _____
                                       Honorable Jesus G. Bernal
                                       United States District Court Judge