Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile:  954-524-2822

*Attorneys for Plaintiff
Betty Moore through her
attorney in fact Alisha Gore*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BETTY MOORE through her attorney in fact ALISHA GORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEGION AUTO PROTECTION SERVICES, WALCO FUNDING, LLC AND CARGUARD ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01192-JGB-SHK<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL PLAINTIFF'S NOTICE AND MOTION FOR ORDER PERMITTING SERVICE OF DEFENDANT, LEGION AUTO PROTECTION SERVICES, BY PUBLICATION (Dkt. No. 21)**<br><br>Hearing Date: December 12, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 1<br>Judge: Jesus G. Bernal<br><br>Complaint filed: July 16, 2021<br>Service Deadline: November 15, 2021 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff BETTY MOORE through her attorney in fact ALISHA GORE, by and through the undersigned counsel, hereby withdraws her Notice and Motion for an order permitting service of Defendant

-1-

Legion Auto Protection Services ("Legion"), by publication, (Dkt. No. 21) and states as follows:

Hearing is set for **December 12, 2021**, at **9:00 a.m**., before the Honorable Jesus Bernal, in Courtroom 1, of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, CA 9250.

Plaintiff's counsel filed Defendant's Legion Waiver of Service of Summons (Dkt. No. 22). Legion's answer to Complaint is due on January 15, 2022.

**EDWARDS POTTINGER LLC**

DATED: November 22, 2021          By:  */s/ Seth M. Lehrman*
                                       Seth M. Lehrman
                                       Attorneys for Plaintiff Betty Moore
                                       through her attorney in fact Alisha Gore

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2021, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice of the same to all counsel of record.

By: */s/ Seth M. Lehrman*
    Seth M. Lehrman
    Attorney for Plaintiff
    Betty Moore through her
    attorney in fact Alisha Gore.

-2-
PLAINTIFF'S NOTICE OF WITHDRAWAL PLAINTIFF'S NOTICE AND MOTION FOR ORDER PERMITTING SERVICE OF DEFENDANT, LEGION AUTO PROTECTION SERVICES, BY PUBLICATION
CASE NO. 5:21-cv-01192-JGB-SHK