Seth M. Lehrman (SBN 178303)
seth@epllc.com
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone : 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff
Betty Moore through her
attorney in fact Alisha Gore*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| BETTY MOORE through her attorney in fact ALISHA GORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEGION AUTO PROTECTION SERVICES, WALCO FUNDING, LLC AND CARGUARD ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01192-JGB-SHK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current Schedule<br>Date: December 27, 2021<br>Time: 11:00 a.m.<br><br>Proposed Scheduled<br>Date: February 7, 2022<br>Time: 11:00 a.m. |

Plaintiff BETTY MOORE through her attorney in fact ALISHA GORE, and Defendants Walco Funding, LLC and CarGuard Administration, Inc., through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and (Proposed) Order to request the Court to continue the scheduling conference from December 27, 2021, at 11:00 a.m. to either February 7 or February 14, 2022.

## STIPULATION

1. On November 16, 2021, a Waiver of Service of Summons was executed on behalf of Defendant Legion Auto Protection Services ("Legion").

2. Legion's answer or motion under Rule 12 is due by January 17, 2022.

3. Plaintiff Moore and Defendants Walco and CarGuard, seek to continue the scheduling conference from December 27, 2021 to either February 7 or 14, 2022.

4. The parties to this stipulation believe that it will be more productive if they have the opportunity to hold a Rule 26(f) conference with Legion or Legion's counsel, to have Legion contribute to the joint scheduling report, and for Legion to appear at the scheduling conference.

5. Continuing the scheduling conference as requested will serve to promote Legion's full participation as described above.

6. In addition, Plaintiff's counsel resides in Florida and has longstanding plans to visit with family members who will be visiting from other states from December 25, 2021 through January 1, 2022.

7. The parties have not made any prior request in this action for an extension to continue scheduling conference.

8. Pursuant to Local Rule 7-1 and 52-4.1, the parties respectfully request the Court enter the attached (proposed) Order.

**EDWARDS POTTINGER LLC**

DATED: November 30, 2021   By: _/s/ Seth M. Lehrman_
Seth M. Lehrman
Attorneys for Plaintiff
Betty Moore through her
attorney in fact Alisha Gore

**FREEMAN, FREEMAN & SMILEY, LLP**

DATED: November 30, 2021   By: _/s/ Dawn B. Eyerly_
Dawn B. Eyerly
Attorneys for Defendant
Walco Funding, LLC

| | | |
|---|---|---|
| 1 | DATED:  November 30, 2021 | **HOLLAND & KNIGHT LLP** |
| 2 | | By: */s/ Ashley L. Shively* |
| 3 | | Ashley L. Shively<br>Attorneys for Defendant<br>CarGuard Administration, Inc. |

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to the other signatories Dawn B. Eyerly, attorney for Defendant Walco Funding, LLC, and Ashley L. Shively, attorney for CarGuard Administration, Inc.  In addition, I attest that the other signatories have authorized the filing of this document.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman