# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| BETTY MOORE, through her attorney in fact ALISHA GORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEGION AUTO PROTECTION SERVICES, WALCO FUNDING, LLC AND CARGUARD ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01192-JGB-SHK<br><br>CLASS ACTION<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Betty Moore, through her attorney in fact Alisha Gore ("Plaintiff"), in her individual capacity against Legion Auto Protection Services, Walco Funding, LLC and Carguard Administration, Inc. ("Defendants").

3. The above-entitled action is hereby dismissed without prejudice as to all Class claims alleged against Defendants.

4. Each party shall bear their own attorney's fees, costs and expenses.

**IT SO ORDERED**

Dated: March 28, 2023

_____
HON. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE